473 A.2d 438

**Raymond L. HENSLEY**

v.

**MOTOR VEHICLE ADMINISTRATION.**

**No. 130, Sept. Term, 1983.**

Court of Appeals of Maryland.

April 6, 1984.

William C. Trevillian, Glen Burnie (Connell & Clinton, Glen Burnie, on brief), for appellant.

Dorothy A. Beatty, Baltimore, and Robert R. Smith, Asst. Attys. Gen., Glen Burnie (Stephen H. Sachs, Atty. Gen., Baltimore, on brief), for appellee.

Argued before MURPHY, C.J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

PER CURIAM.

The appeal is dismissed for lack of jurisdiction. Costs to be paid by appellant.

APPEAL DISMISSED; COSTS TO BE PAID BY APPELLANT.